## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTH DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

| | |
|---|---|
| **BOWATER NEWSPRINT SOUTH OPERATIONS, LLC,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. <u>**3:09-cv-003-D-A**</u> ) ) |
| **KONECRANES, INC.** and **M.L. SMITH, JR., INC.,** | ) ) ) |
| Defendants. | ) |

### <u>NOTICE OF SERVICE OF PRE-DISCOVERY SUPPLEMENTAL EXPERT DISCLOSURE INFORMATION BY PLAINTIFF BOWATER NEWSPRINT SOUTH OPERATIONS, LLC</u>

Notice is hereby given that on the date entered below, the Plaintiff, Bowater Newsprint South Operations, LLC, provided Defendants, Konecranes, Inc. and M.L. Smith, Jr., Inc., with the Plaintiff's supplemental expert disclosure information.

Date: <u>September 25, 2009</u>                     s/ Jefferson C. Orr
                                                                Jefferson C. Orr, TN # 12743
                                                                Smith Cashion & Orr, PLC
                                                                231 Third Avenue North
                                                                Nashville, TN 37201
                                                                (615) 742-8565 – Tel
                                                                (615) 742-8556 – Fax
                                                                jorr@smithcashion.com
                                                                *Attorneys for Plaintiff*

OF COUNSEL:
Franklin Williams, MS #8624
The Williams Firm, PC
1002 Van Buren Avenue
Oxford, MS    38655
(662) 236-4477 – Tel
(662) 236-4445 – Fax
Williamsfirm@aol.com

270450.1

2

## CERTIFICATE OF SERVICE

       I hereby certify that I have on this date electronically filed the foregoing document with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record being:

John W. Land
Richard D. Norton
Bryan Nelson, P.A.
6524 U.S. Highway 98
P.O. Box 18109
Hattiesburg, MS 39404-8109
(601) 261-4100 – Tel
(601) 261-4106 – Fax
jland@bnlawfirm.com
rnorton@bnlawfirm.com
*Attorneys for Defendant Konecranes, Inc.*

Shelby Duke Goza
S. Kirk Milam
Hickman, Goza & Spragins, PLLC
P.O. Drawer 668
Oxford, MS 38655-0668
(662) 234-4000 – Tel
(662) 234-2000 – Fax
kmilam@hickmanlaw.com
*Attorneys for Defendant M.L. Smith, Jr., Inc.*

R. Mark Hodges
Kimberly N. Howland
Wise Carter Child & Caraway, P.A.
401 E. Capitol St., Ste. 600
P.O. Box 651
Jackson, MS 39205
(601) 968-5500 – Tel
(601) 968-5519 – Fax
knh@wisecarter.com
*Co-Counsel for Defendant M.L. Smith, Jr., Inc.*


This 25th day of September, 2009

                                                                             s/   Jefferson C. Orr
                                                                                 Jefferson C. Orr