Form 2(b) (ND/SD Miss. Dec. 2009)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

BOWATER NEWSPRINT
SOUTH OPERATIONS, LLC               Plaintiff

v.                                  **CIVIL ACTION
                                    NO.** 3:09CV-003-GHD-DAS

KONECRANES, INC.
and M.L. SMITH, JR. INC.,
AP SUPPLY CO., and
ENERGY SPECIALTY PRODUCTS, INC.     Defendants

## NOTICE OF SERVICE OF INTERROGATORIES OR REQUESTS FOR PRODUCTION OF DOCUMENTS OR RESPONSES THERETO

**TO:    All Counsel of Record**

Pursuant to L.U.CIV.R. 5(c)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

(✔) Check as appropriate:

| ✔ | Interrogatories to: | Konecranes, Inc., M.L. Smith, Jr., Inc., and AP Supply Co. |
|---|---|---|
| ✔ | Requests for Production of Documents to: | Konecranes, Inc., M.L. Smith, Jr., Inc., and AP Supply Co. |
|   | Requests for Admissions to: |   |
|   | Responses to Interrogatories of: |   |

FORM 2(b) (ND/SD MISS. DEC. 2009)

| | Responses to Requests for Production of Documents of: | |
|---|---|---|

| | Responses to Requests for Admissions of: | |
|---|---|---|

Pursuant to L.U.CIV.R. 5(c)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

This the 26th day of May, 2010.

                        Respectfully submitted,

                        Energy Specialty Products, Inc.

                        BY:   /s/Brooke Newman Driskell

                        OF COUNSEL

WILTON V. BYARS, III - BAR # 9335
wbyars@danielcoker.com
BROOKE NEWMAN DRISKELL - BAR # 101462
bdriskell@danielcoker.com
DANIEL COKER HORTON AND BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
TELEPHONE: (662) 232-8979
FACSIMILE: (662) 232-8940

FORM 2(b) (ND/SD MISS. DEC. 2009)

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2010, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which sent notification of such filing to counsel who have electronically registered with the Court, and I hereby certify that I have mailed by United States Postal Service the document to the non-ECF participants.  The following is a list of all counsel of record or parties regardless whether electronically notified by the Court or sent via United States Postal Service by this firm:

J. Franklin Williams, Esq.
Williams Law Firm, PC
1002 Van Buren Avenue
Oxford, MS 38655
williamsfirm@aol.com

Jefferson C. Orr, Esq.
Smith Cashion & Orr, PLC
231 Third Avenue North
Nashville, TN 37201
jorr@smithcashion.com

John W. Land, Esq.
Kris A. Powell, Esq.
Richard D. Norton, Esq.
Bryan, Nelson, Randolph & Weathers
P. O. Box 18109
Hattiesburg, MS 39404
jland@bnlawfirm.com
Kpowell@bnlawfirm.com
Rnorton@bnlawfirm.com

S. Duke Goza, Esq.
S. Kirk Milam, Esq.
Hickman, Goza & Spragins, PLLC
P. O. Drawer 668
Oxford, MS 3865-0668
kmilam@hickmanlaw.com

R. Mark Hodges, Esq.
Kimberly N. Howland, Esq.
Wise Carter Child & Caraway, P.A.
401 E. Capitol St., Ste. 600
P. O. Box 651
Jackson, MS 39205
RMH@wisecarter.com
khn@wisecarter.com

J. L. Wilson, IV, Esq.
Upshaw, Williams, Biggers & Beckham
P. O. Drawer 8230
Greenwood, MS 38935-8230
jwilson@uwbbr.com

/s/Brooke Newman Driskell