IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

**BOWATER NEWSPRINT SOUTH
OPERATIONS, LLC,**                                                                 **PLAINTIFFS**

**VS.**                                                                            **CIV. AC. No. 3:09-CV-3-D-S**

**KONECRANES INC.,**                                                               **DEFENDANTS**
**M.L. SMITH, JR. INC.,**

## ORDER

This case comes before the court on the motion *ore tenus* of defendant, A.P. Supply, for an extension of the deadline in which to file dispositive motions. Upon due consideration of the motion and the record, the court finds the motion for additional time well taken.

ACCORDINGLY, IT IS ORDERED that Defendants are granted to and including February 23, 2011, in which to file any dispositive motion.

THIS the 15th day of February, 2011.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE